UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

MICHAEL ANDERSON                    CIVIL ACTION NO. 15-1497
    LA. DOC #118644

VERSUS                                        SECTION P

                                                   JUDGE ROBERT G. JAMES

UNKNOWN DOCTOR                     MAGISTRATE JUDGE KAREN L. HAYES

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge

previously filed herein,  determining that the findings are correct under the applicable law,  and

noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED, AND DECREED**  that Plaintiff's civil rights

Complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for

which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B) and

1915A.

**The Clerk of Court is instructed to send a copy of this Order/Judgment to the**

**keeper of the Three Strikes List in Tyler, Texas.**

**MONROE,** LOUISIANA, this 21st day of October, 2015.

_____

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE